## Commonwealth *v*. Rodgers, Appellant.

Submitted December 4, 1973. *Harold L. Randolph*, for appellant; *James T. Ranney* and *David Richman*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v*. Rohrbaugh, Appellant.

Argued December 5, 1973. *James S. Sorrentino*, with him *Hassel, Yost and Sorrentino*, for appellant; *Robert A. Longo*, Assistant District Attorney, with him *D. Richard Eckman*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.